

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B.**, E.C., A.J.C., and A.L.C.

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Honorable Melissa Uram-Degerolami, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that because Dorothy Denee B. and Louis C. are indigent, no costs assessed against appellants.

SIGNED October 7, 2015.

_____
Luz Elena D. Chapa, Justice